# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

In Re: 60 SHELTER ROCK ASSOCIATES, LLC          Chapter 11
                                                Case No. 50217 (AHWS)

                Debtor.
EIN: 20-3671626
------------------------------------------------------------ X

## MOTION TO EXPEDITE HEARING AND LIMIT NOTICE

      The Debtor, 60 SHELTER ROCK ASSOCIATES, LLC, hereby moves the Court to shorten time and limit notice required in Bankruptcy Rule 2002 (a)(2) the period to tern (10) day(s) to interested parties, and the Office of the U.S. Trustee on the hearing of the Debtor's :

EMERGENCY MOTION FOR ORDER AUTHORIZING INTERIM

USE OF CASH COLLATERAL AND PROVIDING ADEQUATE

PROTECTION PURSUANT TO 11 U.S.C. SECTION 363 (c) (2) (B)

which Motion is requested to be scheduled to be heard by the Court on February25, 2014 at 10:00 AM at the United States Bankruptcy Court, CT 06604. 915 Lafayette Blvd, Bridgeport, CT. Notice should be limited to parties claiming an interest in the Debtor's cash collateral and the Office of the U.S. Trustee.

Dated: Norwalk, Connecticut
       February 13, 2014        THE DEBTOR
                                          /s/ Mark Stern
                                          MARK STERN, ESQ. (CT01701)
                                          Mark Stern & Associates, LLC
                                          PO Box 2129
                                          Norwalk, CT 06852-2129
                                          (203) 853-2222
                                          mark@msternlaw.com

## CERTIFICATION

The undersigned hereby certifies that a copy of the foregoing was served to the following via the Court's electronic mail or First Class Mail and/or Electronic Notice of Filing:

| | |
|---|---|
| Office of the U.S. Trustee<br>One Century Tower<br>265 Church Street<br>New Haven, CT o6511<br>Hartford, CT 06103 | ECF |

/s/ Mark Stern                              February 13, 2014
MARK STERN, ESQ. (CT01701)