**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT (BRIDGEPORT)**

|  |  |  |
|---|---|---|
| | : | **CHAPTER  11** |
| | : | |
| **IN RE:  60 SHELTER ROCK** | : | |
| **ASSOCIATES, LLC** | : | |
| | : | **CASE NO. 14-50217** |
| | : | |
| | : | |
| | : | **FEBRUARY 14,  2014** |

### APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE, that the undersigned is appearing as counsel for

SAVINGS BANK OF DANBURY, a Creditor in the above-captioned case, and

requests that all notices given or required to be given in this case and all papers

served in this case be given to and served upon the undersigned at the office,

post office address and telephone number set forth below.  The foregoing request

includes, without limitation, orders and notices of any application, motion, petition,

pleading, request, complaint or demand, whether formal or informal, whether

written or oral, and whether transmitted or conveyed by hand-delivery, mail

delivery, telephone, telegraph, telex or otherwise, which affects the Debtor or its

property.

- 1 -

CREDITOR:
SAVINGS BANK OF DANBURY


By  /s/ ROSS G.FINGOLD_____
          SHIPMAN, STOKESBURY & FINGOLD
     20 Batterson Park Road, Suite 120
     Farmington, CT 06032
     (860)606-1709
     rfingold@shipso.com
     Fed Bar #CT05452



## CERTIFICATION OF SERVICE


   The undersigned hereby certifies that on the 14TH day of February, 2014 in accordance with Rules 7004(a), 9014 F.R. Bankr. P., I served a copy of the foregoing Appearance by electronic mail and on all parties which requested notice and by US Mail, postage pre-paid.



        _____s/s_____
        ROSS G. FINGOLD