**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT (BRIDGEPORT)**

|  |  |  |
|---|---|---|
|  | : | **CHAPTER 11** |
|  | : |  |
| **IN RE: 60 SHELTER ROCK** | : |  |
| **ASSOCIATES, LLC** | : |  |
|  | : | **CASE NO. 14-50217** |
|  | : |  |
|  | : |  |
|  | : | **MARCH 17, 2014** |

**OBJECTION TO MOTION FOR TURNOVER**

The creditor, SAVINGS BANK OF DANBURY hereby objects to the Debtor's Motion for Turnover of Property dated March 3, 2014 and in support thereof represents as follows:

1. The Debtor, 60 Shelter Rock Associates, LLC filed a petition in bankruptcy on February 13, 2014.

2. The Debtor owns an industrial building in Danbury, Connecticut which contains approximately 107,000 square feet of space ("Premises").

3. The Creditor Savings Bank of Danbury holds a First Mortgage on the Premises with principal due of approximately $5.3 Million and a total debt due of over $7 Million, with interest and fees.

4. There are prior real estate taxes due and owing of over $270,000.00.

5. The Premises have been subject to a foreclosure action commenced in April, 2011 by the Bank which is pending at the Danbury Superior Court (CV-11-6006248).

6. The action was scheduled for trial on January 23. 2014 but upon request of the Debtor, the trial date was postponed to February 14, 2014 and the Debtor filed a bankruptcy petition the day before the re-scheduled trial date.

7. In the foreclosure action, the parties stipulated to the appointment of a receiver of rents on August 12, 2013 and the appointed receiver was Scalzo Property Management, Inc. (Exhibit A) The Bank had previously acted as the receiver and has a lien on the rents pursuant to its Collateral Assignment of Leases.

8. Since its appointment, Scalzo has been collecting rents and paying expenses of the property as the Court appointed receiver.

9. At the time of its appointment, Scalzo took the existing funds in a bank account held by the Bank which contained $ 10,834.42.

10. Scalzo is presently holding the sum of $ 43,774.82 which includes monies received from the Bank.

11.   Scalzo has bills in the amount of $ 26,510.95 which need to be paid. (Exhibit B)

12.   After payment of bills, Scalzo will be holding the sum of $ 17,263.87 pursuant to its state court receiver action which it proposes to apply to the outstanding taxes due which total over $270,000 and are incurring interest at the rate of 18%.

13.   It is inequitable for the debtor to receive all the funds and for the receiver which contracted for these services to be responsible for payments without funds to pay them.

WHEREFORE, Savings Bank of Danbury requests that the Motion for Turnover be denied and that an order be granted which applies the monies per the application set forth in this Objection.

                CREDITOR: SAVINGS BANK OF DANBURY

                By /s/ ROSS G. FINGOLD
                SHIPMAN, STOKESBURY & FINGOLD
                20 Batterson Park Road, Suite 120
                Farmington, CT 06032
                (860)606-1709
                rfingold@shipso.com
                Fed Bar #CT05452

## CERTIFICATION OF SERVICE

    The undersigned hereby certifies that on the 17TH day of March, 2014 in accordance with Rules 7004(a), 9014 F.R. Bankr. P., I served a copy of the foregoing Appearance by electronic mail and on all parties which requested notice and by US Mail, postage pre-paid.


                                                                               _____s/s_____
                                                                               ROSS G. FINGOLD