# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

In Re: 60 SHELTER ROCK ASSOCIATES, LLC          Chapter 11
         Case No. 14-50217(AHWS)

         Debtor.

-------------------------------------------------------------------X

May 30, 2014

## OBJECTION TO PROOF OF CLAIM OF SAVINGS BANK OF DANBURY

COMES NOW, the Debtor, 60 SHELTER ROCK ASSOCIATES, LLC, by and through their attorneys of record, Mark Stern & Associates, L.L.C., to object to the Proof of Claim of SAVINGS BANK OF DANBURY (Claim 5) filed May 28, 2014. This objection is made on the following grounds:

1. The claim is inflated and excessive.

2. The claim is subject to offset, in whole or in substantial part, by damages owing from aforesaid creditor to the Debtor.

3. The aforesaid creditor had previously agreed to accept the sum of $3,000,000.00 for this debt, which agreement was reneged upon by the creditor.

Dated: Norwalk, Connecticut

May 30, 2014

By: /s/ Marc T. Miller
Marc T. Miller, Esq. (CT28743)
Mark Stern & Associates, L.L.C.
P.O. Box 2129
Norwalk, CT 06852-2129
Telephone: (203) 853-2222
mtm@msternlaw.com

## CERTIFICATION OF SERVICE

I hereby certify that on May 30, 2014 a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

| | |
|---|---|
| Office of the US Trustee<br>150 Court Street, Room 302<br>New Haven, CT 06510 | ECF |
| Ross G. Fingold, Esq.<br>Shipman Stokesbury & Fingold<br>20 Batterson Park Road, Suite 120<br>Farmington, CT 06032 | ECF |

Dated: Norwalk, Connecticut
       May 30, 2014

By: /s/ Marc T. Miller
Marc T. Miller, Esq.